**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **LONDON CASTLEBERRY,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | |
| | § | Case No. 6:20-CV-8-JDK-KNM |
| **TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL.,** | § § § | |
| **Defendants.** | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff London Castleberry, an inmate proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On May 28, 2020, Judge Mitchell issued a Report and Recommendation (Docket No. 16), recommending that Defendants' Motion to Dismiss on Grounds of Mootness be granted. *Id.* at 6.

This Court reviews the findings and conclusions of the Magistrate Judge *de novo* only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a *de novo* review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days). Here, Plaintiff did not file objections in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*,

492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 16) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 16) be **ADOPTED**. It is further

**ORDERED** that Defendants' Motion to Dismiss on Grounds of Mootness (Docket No. 14) is **GRANTED**. It is further

**ORDERED** that Plaintiff's suit is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**So ordered and signed on this**
Jun 22, 2020

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE